# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | NEERA S. MALHOTRA |
| **Case Number:** | 2:16-BK-02608-DPC    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, JUNE 23, 2016 02:30 PM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | KAYLA COLASONT |

## *Matters:*

1) Objection to Application to Employ - SPECIAL COUNSEL FOR CHAPTER 7 TRUSTEE filed by MISTY WENIGER WEIGLE of REAVES LAW GROUP on behalf of DAVID M. REAVES
   **R / M #:**   51 / 0

2) Motion to Extend Deadline for Filing Section 727 Objection to Discharge CHAPTER 7 TRUSTEE'S MOTION TO EXTEND TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE filed by DAVID M. REAVES of REAVES LAW GROUP
   **R / M #:**   56 / 0

3) Motion to Extend Deadline for Filing Section 727 Objection to Discharge filed by ELIZABETH C. AMOROSI of OFFICE OF THE U.S. TRUSTEE
   **R / M #:**   53 / 0

4) Motion to Extend Deadline for Filing Section 727 Objection to Discharge MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE UNDER 11 U.S.C. § 727 AND TO THE DISCHARGEABILITY OF DEBTS UNDER 11 U.S.C. § 523 filed by DEAN M. DINNER of NUSSBAUM GILLIS & DINNER, P.C. on behalf of Catherine A. Creighton.
   **R / M #:**   54 / 0

## *Appearances:*

DAVID M. REAVES, TRUSTEE
LAWRENCE D. HIRSCH, ATTORNEY FOR NEERA S. MALHOTRA
RANDY NUSSBAUM, ATTORNEY FOR CATHERINE A. CREIGHTON
ELIZABETH C. AMOROSI, ATTORNEY FOR U.S. TRUSTEE

# Minute Entry

(continue)...   2:16-BK-02608-DPC          THURSDAY, JUNE 23, 2016 02:30 PM

***Proceedings:*** 

(1) Objection to Application to Employ - SPECIAL COUNSEL FOR CHAPTER 7 TRUSTEE

Mr. Reaves addresses the Trustee's Application to Employ Special Counsel and the objection filed on behalf of Debtor. Mr. Reaves argues all of the code requirements for the retention of special counsel have been satisfied.

Ms. Amorosi advises she is not prepared to take a position on the Application to Appoint Special Counsel.

Mr. Nussbaum advises it is Mr. Reaves decision on how this case will proceed and Ms. Creighton understands that. At this time he does not know if Ms. Creighton will file a 727 action as the Debtor's financial condition is unknown. He discusses the conflict of interest and the issue of attorney client privilege.

Mr. Hirsch responds to the arguments presented by Mr. Reaves and Mr. Nussbaum. Based upon the conversation with the Court, Mr. Hirsch advises he is not prepared to withdraw his objection to the Trustee's Application without speaking to his client.

COURT: IT IS ORDERED THE APPLICATION TO EMPLOY SPECIAL COUNSEL FOR THE TRUSTEE WILL BE DEEMED UNDER ADVISEMENT ON JULY 4, 2016. COUNSEL ARE DIRECTED TO CONTACT THE COURTROOM DEPUTY NO LATER THAN JULY 1, 2016, ONCE THEY HAVE CONFERRED ON THE ISSUES DISCUSSED ON THE RECORD.

(2) Motion to Extend Deadline for Filing Section 727 Objection to Discharge filed by the Chapter 7 Trustee


(3) Motion to Extend Deadline for Filing Section 727 Objection to Discharge filed on Behalf of the U. S. Trustee.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)... 2:16-BK-02608-DPC    THURSDAY, JUNE 23, 2016 02:30 PM

(4) Motion to Extend Deadline for Filing Section 727 Objection to Discharge and the Dischargeability of Debts under 11 U.S.C. § 523 filed on Behalf of Catherine A. Creighton.

Mr. Hirsch places his objection on the record relating to the Motion to Extend Deadlines to file 727 Objection to Discharge.

Mr. Nussbaum requests a 60 day extension on the 727 claim and as to the 523 claim he requests 15 days from the date of the deposition.

COURT: IT IS ORDERED GRANTING the Motion to Extend Deadline for Filing Section 727 Objection to Discharge and to the Dischargeability of Debts under 11 U.S.C. § 523 filed on Behalf of Catherine A. Creighton.

IT IS FURTHER ORDERED GRANTING the Motion to Extend Deadline for Filing Section 727 Objection to Discharge to the Chapter 7 Trustee and the United States Trustee for an additional 60 days from today.

THE COURT WILL SIGN THE ORDERS WHEN SUBMITTED.